| PROB 22 (Rev. 02/88) | | DOCKET NUMBER (Tran. Court) 06-CR-57-C-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 08CR 361 |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dale L. Maki | Western Wisconsin | Madison |
| FILED MAY 0 7 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | NAME OF SENTENCING JUDGE Honorable Barbara B. Crabb | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM March 3, 2008 / TO March 2, 2013 |

OFFENSE

Manufacturing 100 or More Marijuana Plants, in violation of 21 U.S.C. §841(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

JUDGE SHADUR

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

MAGISTRATE JUDGE VALDEZ

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 2, 2008        Barbara B. Crabb
Date                 United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

MAY - 5 2008         [signature]
Effective Date       United States District Judge